================================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__        DISTRICT OF        __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO.        9:05cv1540 (GLS/DEP)

**MUJAHID FARID,**

                                              **Plaintiff,**

                  v.

**DAIZZEE BOUEY,** Commissioner of the NYS Board of
Parole; **VANESSA A. CLARKE,** Commissioner of the NYS
Board of Parole; **ROBERT DENNISON,** Chairman of the NYS
Board of Parole; **GEORGE JOHNSON,** Commissioner of the
NYS Board of Parole; **DEBRA LOOMIS,** Commissioner of the
NYS Board of Parole; **WILLIAM SMITH,** Commissioner of the
NYS Board of Parole; **PATRICIA TAPPAN,** Commissioner of the
NYS Board of Parole; **R. GUY VIZZIE, JR.,** Commissioner of the
NYS Board of Parole; and **NEW YORK STATE BOARD OF
PAROLE,**

                                              **Defendants.**

_____    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   x            **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

        that this action is dismissed and that Plaintiff's in forma pauperis application is denied, all in accordance with the Decision and Order of the Hon. Gary L. Sharpe, US District Judge, dated 4/3/06.

*/s/ Lawrence K. Baerman/*
Clerk of Court

**DATE: April 3, 2006**

                                s/WILLIAM J. GRIFFIN
                        By: _____
                                  DEPUTY CLERK